Matter of Renew 81 for All v New York State Dept. of Transp. (2024 NY Slip Op 02490)

Matter of Renew 81 for All v New York State Dept. of Transp.

2024 NY Slip Op 02490

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024

PRESENT: WHALEN, P.J., CURRAN, OGDEN, GREENWOOD, AND NOWAK, JJ. (Filed May 3, 2024.) 

MOTION NO. (916/23) CA 23-00388.

[*1]IN THE MATTER OF RENEW 81 FOR ALL, BY ITS PRESIDENT FRANK L. FOWLER, CHARLES GARLAND, GARLAND BROTHERS FUNERAL HOME, NATHAN GUNN, ANN MARIE TALIERCIO, TOWN OF DEWITT, TOWN OF SALINA, PETITIONERS-RESPONDENTS-APPELLANTS, AND TOWN OF TULLY, PETITIONER-RESPONDENT, 
v
NEW YORK STATE DEPARTMENT OF TRANSPORTATION, MARIE THERESE DOMINGUEZ, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF NEW YORK STATE DEPARTMENT OF TRANSPORTATION, NICOLAS CHOUBAH, P.E., IN HIS OFFICIAL CAPACITY AS NEW YORK STATE DEPARTMENT OF TRANSPORTATION CHIEF ENGINEER, MARK FRECHETTE, P.E., IN HIS OFFICIAL CAPACITY AS NEW YORK STATE DEPARTMENT OF TRANSPORTATION I-81 PROJECT DIRECTOR, RESPONDENTS-APPELLANTS-RESPONDENTS, AND CITY OF SYRACUSE, INTERVENOR-APPELLANT-RESPONDENT.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals and other relief denied.